AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

EDWIN VON SEVRENCE,

               Petitioner,            JUDGMENT IN A CIVIL CASE

V.

                                 CASE NUMBER: **3:11-CV-00395-LRH-VPC**

STATE OF NEVADA,

               Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

   6/14/2011                         **LANCE S. WILSON**
                                         Clerk

                                 /s/ P. McDonald
                                  Deputy Clerk